CRAIG E. FARMER (SB# 61086)  (SPACE BELOW FOR FILING STAMP ONLY)
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA 95864

Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for PROGRESSIVE SPECIALTY RISK INSURANCE COMPANY, SPECIALTY RISK INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, and PROGRESSIVE HOME INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDDINGFIELD and CHRISTINE EDDINGFIELD,<br><br>            Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE SPECIALTY RISK INSURANCE COMPANY, SPECIALTY RISK INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE HOME INSURANCE COMPANY and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. CIV S-04-2676 FCD/DAD<br><br>**STIPULATION FOR AN AMENDED (PRETRIAL SCHEDULING) ORDER** |

Whereas the parties have been pursuing mediation and discovery, and have been awaiting medication set for July 7, 2005, before proceeding if necessary to complete discovery, it is hereby agreed by the parties and the Court that good cause is established to extend the following deadlines as set forth below.

The following dates are hereby amended from the Status (Pretrial Scheduling) Order filed on or about March 1, 2005.

1.     Part IV - Discovery - The plan proposed by the parties in the Joint Status Report filed February 18, 2005, shall be modified so that non-expert depositions will be completed by August 31,

2005.

    2.    Part V - Disclosure of Expert Witnesses - The initial designation date shall be changed form August 1 to August 15, 2005, and the rebuttal designation date shall be changed from August 22, 2005, to August 31, 2005.

IT IS SO STIPULATED.

Dated: June ____, 2005.        FARMER, MURPHY, SMITH & ALLISTON

By: _____
    Craig E. Farmer

Dated: June ____, 2005.        DIVELBISS & BONZELL, LLP

By: _____
    Scott A. Bonzell

**IT IS SO ORDERED.**

Dated: July 6, 2005.

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
Judge of the United States District Court

R:\docs\Progressive Ins\Eddingfield v. Progressive\Pleadings\p-Stipulation for Amended Pretrial Scheduling Order.doc